The People of the State of New York ex rel. Mary C. Bogart, Appellant, v. The Presiding Justice and Associate Justices of the Supreme Court of the State of New York, Appellate Division, Second Department, Respondents.— Order affirmed, with ten dollars costs and disbursements. No opinion.

Anna R. Betts, Respondent, v. Louis L. Betts, Appellant.— Order affirmed, with ten dollars costs and disbursements. No opinion.

Jeanette Herzig Joseph, as Executrix, etc., of Philip Herzig, Deceased, Respondent, v. Simon Herzig, Individually and as Executor, etc., of Philip Herzig, Deceased, Appellant. (2 cases.) — Orders affirmed, with ten dollars costs and disbursements. No opinion.

Robert Lee Fisher, Appellant, v. Florence E. Fisher, Respondent. (Appeal No. 1.) — Order affirmed, with ten dollars costs and disbursements. No opinion.

Robert Lee Fisher, Appellant, v. Florence E. Fisher, Respondent. (Appeal No. 2.) — Appeal dismissed, with ten dollars costs and disbursements. No opinion.

Thomas Salisbury Huff and Charles E. Coryell, Copartners Doing Business under the Firm Name of Huff & Coryell, Respondents, v. Imperial Storage Battery Company, Appellant.— Order affirmed, with ten dollars costs and disbursements. No opinion.

American Woolen Company of New York, Respondent, v. Samuel Kaltman and Max Kaltman, Appellants.— Order modified as stated in order, and as modified affirmed, with ten dollars costs and disbursements to respondent. No opinion.

Oscar Bluemner, Appellant, v. Michael J. Garvin, Respondent.— Order affirmed, with ten dollars costs and disbursements. No opinion.

Maria Marina Gama, Appellant, v. Giovanni Molinari, Respondent.— Appeal dismissed, with ten dollars costs and disbursements. No opinion.

Robert M. Black, Respondent, v. George E. Bentel, Appellant.— Order affirmed, with ten dollars costs and disbursements. No opinion.

Benjamin A. Levine, Plaintiff, v. The Foundation Company, Defendant. — Motion denied, with leave to renew, as stated in order.

The People of the State of New York, Plaintiff, v. Mary Anderson, Defendant.— Motion granted, unless appellant complies with terms stated in order.

The People of the State of New York v. Mano Friedman.— Motion granted.

The People of the State of New York v. Philip Rodenberg.— Motion granted.

Ray B. Brill v. Abraham Brill. Caryl A. Montgomery v. David B. Cocks.— Motions granted, unless appellants comply with terms stated in orders.

In the Matter of Clara H. Hughes.— Motion denied, with ten dollars costs.

Conrad Milliken v. Enrico Caruso.— Motion denied, with ten dollars costs.

In the Matter of Carroll F. Smith.— Motion denied.